# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:19-1626 LRH

**HANSON RICHARD LARKIN**

AUSA: Emily Chang
Defense Atty.: Michael Lambert

| U.S. MAGISTRATE JUDGE | **Gregory J. Kelly**<br>Courtroom 3C | DATE/TIME | Sept. 10, 2019<br>10:16-11:49 = 1:33 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER | | PTS. | Sonya Williams |

## CLERK'S MINUTES
## DETENTION HEARING

Case called, appearances made, procedural setting by Court
Gov stated no presumptions apply
Gov calls FBI Agent Andrew Mercurio witness/sworn and testifies
Gov requests judicial notice of witness affidavit contained in the complaint
Dft cross examination of witness
No re-direct/Testimony concluded
Dft calls Martha Larkin witness/sworn and testifies
Gov cross examination of witness
Dft re-direct of witness
Testimony concluded
Court in brief recess (11:05)
Court back in session (11:14)
Dft calls Harry Richard Larkin witness/sworn and testifies
Gov cross examination of witness
Dft re-direct of witness
Testimony concluded
Dft counsel responds to court regarding defendant's mental health issues
Dft moves defendant's medical history into the record/no objection
Court admitted/dft exhibit #1 UNDER SEAL
Gov argues for detention
PTS Officer responds
Dft responds/argues for release
Court detains dft as danger to community
Court enters Order of Removal

Court enters Commitment Order
Court adjourned