## EXHIBIT LIST

_____ Government      _____ Plaintiff      _X_ Defendant

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 9-10-19 | 9-10-19 | N/A | Copies of defendant's Medical history -Sealed |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Case No. _19 mj 1626_      Style: _USA v. Hanson Richard Larkin_